```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

JEREMY MOLINAR                §
                              §
VS.                           §      ACTION NO. 4:13-CV-305-Y
                              §
LEXINGTON LAW FIRM            §

## FINAL JUDGMENT

In accordance with the Notice of Withdrawal of Complaint and Voluntary Dismissal of Action with Prejudice Pursuant to Rule 41(a) (doc. 10) filed on May 23, 2013, and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring same.

SIGNED May 30, 2013.

_/s/ Terry R. Means_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE